# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATHERINE MEEK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-02136-JWB-KGG |
| INTERIORS ONE, INC., D/B/A JOHNSON FLOOR AND HOME CARPET ONE, | ) ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Katherine Meek, and Defendant Interiors One, Inc., *d/b/a* Johnson Floor and Home Carpet One, by and through their undersigned counsel, stipulate to the dismissal with prejudice of all claims raised in the above-captioned matter in their entirety.

It is further stipulated that the parties will bear their respective costs, expenses and attorneys' fees.

Respectfully submitted this 29th day of September 2020.

/s/ Kathryn S. Rickley
Kathryn S. Rickley    KS #23211
Matthew E. Osman     KS #23563
Osman & Smay LLP
8500 West 110th Street, Suite 330
Overland Park, Kansas 66210
Phone: (913) 667-9243
Fax: (866) 470-9243
krickley@workerwagerights.com
mosman@workerwagerights.com

**ATTORNEYS FOR PLAINTIFF**

and

/s/ *Michael E. Brown*
Michael E. Brown, KS #20071
Jason D. Stitt, KS #22216
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
P: 816-960-0090; Fax: 816-960-0041
Michael.brown@kutakrock.com
Jason.stitt@kutakrock.com

Kathy R. Neal, OBA #674
McAfee & Taft A Professional Corporation
Williams Center Tower II
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
P. 918-587-0000; Fax: 918-599-9317
Kathy.neal@mcafeetafl.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2020, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

                                                                  s/ Kathryn S. Rickley
                                                                  **Attorney for Plaintiff**